UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
 - Plaintiff

-v-

Case NO: 2:13-CR-00207-JFB-AKT

BRIAN JONES, pro se
 - Defendant

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 14 2020 ★
LONG ISLAND OFFICE

Motion for Summary Judgement of Jone's Motion for Reduction in Sentence - Compassionate Release.

Brian Jones, pro se comes before this Honorable Court to bring a summary Judgement granting his motion for compassionate release pursuant to Section 3582(c)(1)(A).

On October 27, 2020 This Court sent Jones a "Scheduling Order Re [106] motion to reduce sentence" This schedule required the Government to file a response to Jone's motion by 11/24/2020. As of December 2, 2020 No response has been filed. The Government has not filed for an extension of time to file. This lapse can only be considered as a lack of opposition to Jone's motion.

With the increasing risk presented by COVID-19

-1-

in the prison system and community. On Nov 30, 2020 prison officials at FCI Danbury reported quarantining of 4 inmates for positive COVID-19 tests from unknown housing units. Today Dec. 2, 2020 prison officials quarantined 2 housing units (nearly 100 inmates) after additional inmates tested positive for COVID-19. The outbreak is very real and active at FCI Danbury. Additionally Jones's high blood pressure is worsening to the point that on Dec 1, 2020 Jones had his ACE Inhibitor dosage doubled.

    Jones asks this court to GRANT his motion for Compassionate release considering the reasons outlined in his original motion, the lack of opposition from the Government, and the factors listed herein.

Respectfully Submitted December 3, 2020

*Brian Jones*
Brian Jones
FCI Danbury
33 ½ Pembroke Rd
Danbury, CT 06811

# CERTIFICATE OF SERVICE

Jones hereby atests under penalty of Perjury pursuant to Section 1746 U.S.C that he has sent a true and accurate copy of this motion for Summary Judgement to:

Lara Freinis Gatz, AUSA
100 Federal Plaza
Central Islip, NY 11722


Respectfully Submitted                    Dec 2, 2020


*Brian Jones*
BRIAN JONES



Federal Correctioinal Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099
Brian Jones #82112-053

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 14 2020 ★

LONG ISLAND OFFICE

Clerk of the Court
100 Federal Plaza
Central Islip, NY 11722



FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE ROAD, DANBURY, CT, 06811
DATE: 12-3-24

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAIL PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN
THE ENCLOSURES TO THE ABOVE ADDRESS.