```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :              ORDER
            – against –             :              13 CR 0207 (JFB)
                                    :
                                    :
BRIAN JONES,                        :              F I L E D
                                    :          IN CLERK'S OFFICE
                                    :       U.S. DISTRICT COURT E.D.N.Y.
            Defendant.              :
                                    :          ★   JAN 26 2021   ★
----------------------------------X
                                                LONG ISLAND OFFICE
```

JOSEPH F. BIANCO, Circuit Judge (sitting by designation):

For the reasons set forth in detail on the record at today's conference, the defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is granted. The Court hereby ORDERS that:

(1) Defendant's sentence is modified to time served;

(2) Defendant will continue to be subject to the previously imposed term of supervised release, including all standard, mandatory, and special conditions of supervision imposed at sentencing by the Court;

(3) An additional special condition of six (6) months' home confinement upon his release from prison is imposed, except as necessary for work and his receipt of medical care; and

(4) The standard condition of supervision, number 12 of the judgment, is modified as follows: If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may seek to have the court determine that such a risk exist and that you should be required to notify the person about the risk and you must comply with that instruction. Upon such a determination by the court and with the approval of the court, the probation

officer may contact the person and confirm that you have notified the person about the risk.

SO ORDERED.

/s/ Joseph F. Bianco

_____
JOSEPH F. BIANCO
UNITED STATES CIRCUIT JUDGE
(sitting by designation)

Dated:   January 26, 2021
         Central Islip, New York