**Brian Jones**
**17 Roosevelt Street**
**Hempstead, New York 11550**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 17 2021   ★

LONG ISLAND OFFICE

Honorable Joseph F. Bianco
100 Federal Plaza
Central Islip, New York 11722

Ref:   Order #13 CR 0207 (JFB)

Your Honor:

The purpose of this letter is my request that my ankle location monitor may be removed. I have been on a positive road and I will continue to move forward as a productive citizen. My hope is that you would please allow me this opportunity.

Respectfully,

*Brian Jones*
06/16/21

Brian Jones